No. 11–8568.  MCINTYRE v. CITY OF WILMINGTON, DELAWARE. C. A. 3d Cir.  Certiorari denied.

No. 11–8572.  MORRIS v. BUSEK.  C. A. 2d Cir.  Certiorari denied.

No. 11–8575.  JONES v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.

No. 11–8582.  KHAN v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 11–8587.  MALONE v. TEXAS.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 11–8592.  ABDULLAH v. WARREN, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–8596.  ECTOR v. HOWERTON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 11–8599.  WESTON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 11–8603.  D'ANTUONO v. BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–8605.  PAYNE v. ADAMS, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–8606.  DYE v. DEANGELO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–8609.  DOUTHITT v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  Sup. Ct. Ark.  Certiorari denied.

No. 11–8611.  SHABAZZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–8612.  SHABAZZ v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL.  C. A. 9th Cir.  Certiorari denied.